427 A.2d 260

Commonwealth v. Rice, Appellant.

Submitted March 21, 1980. Nino V. Tinari, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Appellant's motion for a mistrial having been granted by the court below at a time when the jury appeared to be hopelessly deadlocked, his petition thereafter to dismiss the Bills of Information on the grounds of double jeopardy was properly denied. See *Commonwealth v. Sullivan*, 484 Pa. 130, 398 A.2d 978 (1970).

Order affirmed.

427 A.2d 260

Commonwealth v. Smith, Appellant.

Submitted September 13, 1979. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.